UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____              │
│ DATE FILED: 2/5/2026                 │
└─────────────────────────────────────┘
```

--------------------------------------------------------------X

WILLI FRANCISCO SANTOS,                    :
                                           :
                            Plaintiff,     :
                                           :
           -against-                       :        24-CV-9159 (VEC)
                                           :
                                           :        ORDER
227 E 178 REALTY CO. LLC,                  :
                                           :
                                           :
                            Defendant.     :
--------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 3, 2026, Plaintiff sought the Court's approval of the settlement in the above-captioned action, Dkt. 34; and

WHEREAS the Court reviewed Plaintiff's letter, the settlement agreement, the retainer agreement between Plaintiff and his counsel, and the records detailing the time and costs expended by Plaintiff's counsel on this case.

IT IS HEREBY ORDERED that **no later than Thursday, February 26, 2026**, Plaintiff must file a letter to the Court addressing:

1. Why the settlement agreement front loads Plaintiff's counsel's fees. Plaintiff may, alternatively, adjust the settlement figures so that the attorneys' fee payments are split evenly and costs are recoverable from the last payment. In other words, the first payment would be 1/3 of the recoverable fees, the second would be 1/3 of the recoverable fees, and the third would be 1/3 of the recoverable fees plus the full costs.

2

2. Why the case should not be dismissed once the Court finds that the settlement is fair.

The Court will retain jurisdiction to enforce contract actions related to the settlement,

including nonpayment according to the terms if applicable.

IT IS FURTHER ORDERED that the conference currently scheduled for Friday,

February 13, 2026, is adjourned *sine die*.

**SO ORDERED.**

**Date:  February 5, 2026**
    **New York, New York**

_____
            **VALERIE CAPRONI**
            **United States District Judge**

2